# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

150348

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

BP1, LLC,
           Plaintiff-Appellant,

v

SC: 150348
COA: 312579
Oakland CC: 2009-099741-CZ

COVENTRY REAL ESTATE FUND II, LLC,
DDR CORPORATION, a/k/a DEVELOPERS
DIVERSIFIED REALTY CORPORATION,
COVENTRY II DDR BLOOMFIELD, LLC, and
COVENTRY II DDR HARBOR BLOOMFIELD
PHASE 1, LLC,
           Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the September 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015

Clerk

p0921